# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *SAN ANGELO DIVISION*

ALBINA A. MARTINEZ
Plaintiff

v.

6:22-cv-00027-H
Civil Action No.

RESURGENT CAPITAL SERVICES, L.P., and LVNV FUNDING, LLC
Defendant

### CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

ALBINA A. MARTINEZ

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

RESURGENT CAPITAL SERVICES, L.P., and LVNV FUNDING, LLC

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

ALBINA A. MARTINEZ, Plaintiff
RESURGENT CAPITAL SERVICES, L.P., and LVNV FUNDING, LLC, Defendant
Sulaiman Law Group Ltd., Counsel for Plaintiff

| | |
|---|---|
| Date: | 6/10/2022 |
| Signature: | /s/ Nathan C. Volheim |
| Print Name: | Nathan C. Volheim |
| Bar Number: | 6302103 |
| Address: | 2500 S. Highland Ave., Suite 200 |
| City, State, Zip: | Lombard, IL 60148 |
| Telephone: | (630) 575-8181 |
| Fax: | (630) 575-8188 |
| E-Mail: | nvolheim@sulaimanlaw.com |

**NOTE:**  To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons